UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| MUKHTAR AL-BAKRI, | ) | CASE NO. 4:06 CV 789 |
| | ) | |
| Petitioner, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN T.R. SNIEZEK, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

Petitioner filed a petition in the above-captioned matter. However, no filing fee was submitted with the petition, nor did petitioner file an Application to Proceed in forma pauperis. In an entry dated April 4, 2006, petitioner was given 30 days either to submit the filing fee - $5 - or to fill out and submit an application to proceed in forma pauperis. Although that 30 day period has well expired, petitioner has neither sought additional time nor paid the filing fee or filed an application to proceed in forma pauperis.

Accordingly, this action is dismissed without prejudice. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3),

that an appeal from this decision could not be taken in good faith.

    IT IS SO ORDERED.

                                          /s/ Patricia A. Gaughan
                                          PATRICIA A. GAUGHAN
                                          UNITED STATES DISTRICT JUDGE

Dated: 6/6/06